**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Marcus Johnson, et al.
Plaintiff,
v.
The Allstate Corporation
Defendant.

Case No.: 1:26−cv−02016
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 28, 2026:

MINUTE entry before the Honorable Jeannice W. Appenteng: The joint motion for entry of order on ESI protocol [45] is denied. The parties are free to agree on the terms of an ESI protocol without Court approval. If the parties want to ensure their agreements regarding ESI are on the record, they have leave to sign the stipulated protocol and file it on the docket. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.